UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) | |
| BARBARA HINKLE, ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| v. ) | No.: 3:14-CV-212-TAV-HBG |
| ) | |
| CARIS HEALTHCARE, L.P., and ) | |
| CARIS HEALTHCARE, LLC, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon review of the Joint Stipulation of Dismissal [Doc. 127] and for good cause shown, **IT IS ORDERED** that,

1. This action is **DISMISSED** with prejudice to the Relator and the Trustee, with prejudice to the United States with respect to the Covered Conduct set forth in the Settlement Agreement dated June 25, 2018, and without prejudice to the United States as to all remaining claims; and

2. The Court shall retain jurisdiction over any disputes that may arise regarding the Settlement Agreement dated June 25, 2018.

The Clerk of Court is **DIRECTED** to close this case.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE